# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH; MICHAEL J. MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE;<br><br>                Plaintiffs,<br><br>v.<br><br>PETE HEGSETH, *in his official capacity as Secretary of Defense*; DOUGLAS A. COLLINS, *in his official capacity as Secretary of Veterans Affairs*; DOROTHY A. FINK, *in her official capacity as acting Secretary of Health and Human Services*; MARCO RUBIO, *in his official capacity as Secretary of State*; DENISE L. CARTER, *in her official capacity as Acting* Secretary *of Education*; GARY WASHINGTON, *in his official capacity as Acting Secretary of Agriculture*; VINCENT MICONE, *in his official capacity as Acting Secretary of Labor*; EVERETT M. WOODEL, JR., *in his official capacity as Acting Administrator of the Small Business Administration*; DONALD J. TRUMP, *in his official capacity as President of the United States*;<br><br>                Defendants. | Civil Case No. 1:25-cv-415 |

## CIVIL COVER SHEET ADDENDUM

**I.  (a) Defendants:**

PETE HEGSETH, in his official capacity as Secretary of Defense,
1400 Defense Pentagon
Washington, D.C. 20301

DOUGLAS A. COLLINS, in his official capacity as Secretary of Veterans Affairs,
810 Vermont Avenue N.W.
Washington, D.C. 20420

DOROTHY A. FINK, in her official capacity as Acting Secretary of Health and Human Services,
200 Independence Avenue S.W.
Washington, D.C. 20201

MARCO RUBIO, in his official capacity as Secretary of State,
2201 C Street N.W.
Washington, D.C. 20520

DENISE L. CARTER, in her official capacity as Acting Secretary of Education,
400 Maryland Avenue S.W.
Washington, D.C. 20202

GARY WASHINGTON, in his official capacity as Acting Secretary of Agriculture,
1400 Independence Avenue S.W.
Washington, D.C. 20250

VINCENT MICONE, in his official capacity as Acting Secretary of Labor,
200 Constitution Avenue N.W.
Washington, D.C. 20210

EVERETT M. WOODEL, JR., in his official capacity as Acting Administrator of the Small Business Administration,
409 3rd Street S.W.
Washington, D.C. 20416

DONALD J. TRUMP, in his official capacity as President of the United States,
1600 Pennsylvania Avenue N.W.
Washington, D.C. 20500

**I.   (c) Attorneys for Plaintiffs:**

Seth P. Waxman (D.C. Bar No. 257337)
David W. Ogden (D.C. Bar No. 375951)
Daniel Volchok (D.C. Bar No. 497341)
Jamie Yood (D.C. Bar No. 1033919)[*]
Hillary Chutter-Ames (D.D.C. Bar ID D00652)
Ann E. Himes (D.C. Bar No. 1767647)[†]
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com
david.ogden@wilmerhale.com
daniel.volchok@wilmerhale.com
jamie.yood@wilmerhale.com
hillary.chutter-ames@wilmerhale.com
annie.himes@wilmerhale.com

Nicholas Werle[†]
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
nick.werle@wilmerhale.com

[*]*Court admission pending*
[†]*Pro hac vice applications forthcoming*