Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROBERT P. STORCH, ET AL

    Plaintiff

vs.

PETE HEGSETH, ET AL

    Defendant

Civil No.    25-415    (ACR)

Category   C

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __2/12/2025__ from __Judge Randolph D. Moss__ to __Judge Ana C. Reyes__ by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc:   Judge Randolph D. Moss   & Courtroom Deputy
      Judge Ana C. Reyes   & Courtroom Deputy
Liaison, Calendar and Case Management Committee