AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Robert P. Storch, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00415 (ACR) |
| Pete Hegseth, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert P. Storch, et al.

Date:   02/12/2025

/s/ Seth P. Waxman
*Attorney's signature*

Seth P. Waxman, D.C. Bar No. 257337
*Printed name and bar number*
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037

*Address*

seth.waxman@wilmerhale.com
*E-mail address*

(202) 663-6800
*Telephone number*

(202) 663-6363
*FAX number*