AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Robert P. Storch, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00415 (ACR) |
| Pete Hegseth, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert P. Storch, et al.

Date: 02/12/2025

/s/ Daniel Volchok
*Attorney's signature*

Daniel Volchok, D.C. Bar No. 497341
*Printed name and bar number*

Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
*Address*

daniel.volchok@wilmerhale.com
*E-mail address*

(202) 663-6103
*Telephone number*

(202) 663-6363
*FAX number*