AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Robert P. Storch, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00415 (ACR) |
| Pete Hegseth, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Robert P. Storch, et al.                                                                 .

Date: 02/13/2025

/s/ Hillary Chutter-Ames
*Attorney's signature*

Hillary Chutter-Ames, N.Y. Bar No. 5960075
*Printed name and bar number*
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037

*Address*

hillary.chutter-ames@wilmerhale.com
*E-mail address*

(202) 663-6107
*Telephone number*

(202) 663-6363
*FAX number*