IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) Civil Action No. 25-415 (ACR) <br> ) |
| PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF APPEARANCE

Jeremy S.B. Newman, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants in the above-captioned matter. Mr. Newman's contact information is as follows:

Jeremy S.B. Newman
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

1

Dated:  February 14, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*