UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH; MICHAEL J. MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE;<br><br>                             Plaintiffs,<br><br>              v.<br><br>PETE HEGSETH, *in his official capacity as Secretary of Defense*; DOUGLAS A. COLLINS, *in his official capacity as Secretary of Veterans Affairs*; ROBERT F. KENNEDY, JR., *in his official capacity as acting Secretary of Health and Human Services*; MARCO RUBIO, *in his official capacity as Secretary of State*; DENISE L. CARTER, *in her official capacity as Acting Secretary of Education*; GARY WASHINGTON, *in his official capacity as Acting Secretary of Agriculture*; VINCENT MICONE, *in his official capacity as Acting Secretary of Labor*; EVERETT M. WOODEL, JR., *in his official capacity as Acting Administrator of the Small Business Administration*; DONALD J. TRUMP, *in his official capacity as President of the United States*;<br><br>                             Defendants. | Civil Case No. 1:25-cv-00415-ACR |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR
A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

UPON CONSIDERATION OF plaintiffs' motion for a temporary restraining order and preliminary injunction and accompanying memorandum, it is hereby ORDERED that:

The motion is GRANTED.  Plaintiffs shall continue to serve as Inspectors General (IGs) of their respective agencies unless and until removed in accordance with the requirements of the

Inspector General Act as amended, and Agency Defendants are enjoined from (1) taking any further action to obstruct plaintiffs from carrying out their official duties as IGs of their respective federal agencies unless and until any such plaintiff is removed in accordance with the requirements of the Inspector General Act as amended, and (2) recognizing the authority of any other person as successor to any plaintiff as IG.

    IT IS SO ORDERED.

Dated:

                                 Honorable Ana C. Reyes
                                 United States District Judge