UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH; MICHAEL J. MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE;<br><br>       Plaintiffs,<br><br>  v.<br><br>DONALD J. TRUMP, *in his official capacity as President of the United States*; PETE HEGSETH, *in his official capacity as Secretary of Defense*; DOUGLAS A. COLLINS, *in his official capacity as Secretary of Veterans Affairs*; ROBERT F. KENNEDY, JR., *in her official capacity as Secretary of Health and Human Services*; MARCO RUBIO, *in his official capacity as Secretary of State*; DENISE L. CARTER, *in her official capacity as Acting Secretary of Education*; GARY WASHINGTON, *in his official capacity as Acting Secretary of Agriculture*; VINCENT MICONE, *in his official capacity as Acting Secretary of Labor*; EVERETT M. WOODEL, JR., *in his official capacity as Acting Administrator of the Small Business Administration*;<br><br>       Defendants. | Civil Case No. 1:25-cv-00415-ACR |

**ATTORNEY DECLARATION AND
CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 65.1**

  I, Seth P. Waxman, declare as follows:

  1. I am counsel for plaintiffs in this litigation. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP, with offices at 2100 Pennsylvania Avenue N.W., Washington, D.C. 20037. I make this declaration in support of plaintiffs' motion for a temporary restraining order

and preliminary injunction, and to comply with Local Rule 65.1. The statements in this declaration are based on my personal knowledge.

2. Attached hereto as **Exhibit A** is a correct copy of *The Inspectors General* published by the Council of the Inspectors General on Integrity and Efficiency on July 14, 2014.

3. Attached hereto as **Exhibit B** is a correct copy of the letter from Senators Grassley and Durbin to President Trump, dated January 28, 2025.

4. Attached hereto as **Exhibit C** is a correct copy of *Press Gaggle By President Trump Aboard Air Force One En Route To Miami, Florida*, published by The White House on January 25, 2025.

5. Pursuant to Local Rule 65.1(a), at approximately 4:45 P.M. on February 13, 2025, plaintiffs' counsel arranged for service of the complaint on defendants by certified U.S. mail. Plaintiffs' counsel will also electronically serve, on February 14, 2025, all pleadings and papers filed in the action to date.

6. Pursuant to Local Rule 65.1(a), at approximately 11:10 AM on February 14, 2025, counsel for plaintiffs called the U.S. Department of Justice Federal Programs Branch at (202) 514-1259 and left a voicemail for Branch Director Alex Haas, providing notice that plaintiffs' motion for a temporary restraining order and preliminary injunction would be filed with this Court later in the day. The same voicemail provided plaintiffs' counsel's contact information and offered to provide copies of all filings.

7. As soon as possible after filing the TRO papers in this proceeding, plaintiffs' counsel will provide copies of the relevant papers by certified U.S. mail to defendants, as well as the United States Attorney's Office for the District of Columbia, and the Office of the U.S. Attorney General.

I declare under penalty of perjury that the foregoing is true.

February 14, 2025

/s/ Seth P. Waxman