## IN THE UNITED STATES DISTRICT COURT
## OR THE DISTRICT OF COLUMBIA

ROBERT P. STORCH; MICHAEL J. MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE;

                Plaintiffs,

v.

PETE HEGSETH, *in his official capacity as Secretary of Defense*; DOUGLAS A. COLLINS, *in his official capacity as Secretary of Veterans Affairs*; ROBERT F. KENNEDY, JR., *in his official capacity as acting Secretary of Health and Human Services*; MARCO RUBIO, *in his official capacity as Secretary of State*; DENISE L. CARTER, *in her official capacity as Acting* Secretary *of Education*; GARY WASHINGTON, *in his official capacity as Acting Secretary of Agriculture*; VINCENT MICONE, *in his official capacity as Acting Secretary of Labor*; EVERETT M. WOODEL, JR., *in his official capacity as Acting Administrator of the Small Business Administration*; DONALD J. TRUMP, *in his official capacity as President of the United States*;

                Defendants.

Civil Case No. 1:25-cv-00415-ACR

**JOINT NOTICE REGARDING VIRTUAL HEARING**

Pursuant to the Court's minute order dated February 14, 2025, the parties have conferred and are available at 4:30 PM ET today for a joint virtual hearing.

                Respectfully submitted,

| | |
|---|---|
| */s/ Jeremy Samuel Bloch Newman* | */s/ Seth P. Waxman* |
| Jeremy Samuel Bloch Newman | Seth P. Waxman |
| *Counsel for Defendants* | *Counsel for Plaintiffs* |