# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH; ROBERT P. STORCH; MICHAEL MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE;<br><br>                    Plaintiffs,<br><br>         v.<br><br>PETE HEGSETH, *in his official capacity as Secretary of Defense;* DOUGLAS A. COLLINS, *in his official capacity as Secretary of Veterans Affairs;* ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of Health and Human Services;* MARCO RUBIO, *in his official capacity as Secretary of State;* DENISE L. CARTER, *in her official capacity as Acting Secretary of Education;* GARY WASHINGTON, *in his official capacity as Acting Secretary of Agriculture;* VINCENT MICONE, *in his official capacity as Acting Secretary of Labor;* EVERETT M. WOODEL, JR., *in his official capacity as Acting Administrator of the Small Business Administration;* DONALD J. TRUMP, *in his official capacity as President of the United States;*<br><br>                    Defendants. | Civil Case No. 1:25-cv-00415-ACR |

### [PROPOSED ORDER] GRANTING MOTION BY MEMBERS OF THE U.S. SENATE FOR LEAVE TO FILE MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION, AS *AMICI CURIAE*

UPON CONSIDERATION OF the motion by *amici curiae* members of the U.S. Senate for leave to file a memorandum of support for Plaintiff's motion, it is hereby ORDERED that:

The motion is GRANTED. *Amici Curiae* are granted leave to file a memorandum of law in support for Plaintiff's motion for a preliminary injunction.

Dated:

Honorable Ana C. Reyes
United States District Judge
