IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT P. STORCH, *et al.*,

    *Plaintiffs*,

  v.

PETE HEGSETH, *et al.*,

    *Defendants*.

Case No. 1:25-cv-00415

Judge Ana C. Reyes

## UNOPPOSED MOTION OF HON. ERIC J. SOSKIN FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS

Pursuant to Local Civil Rule 7(o), former Inspector General of the United States Department of Transportation, the Hon. Eric J. Soskin respectfully requests that the Court grant leave to file an *amicus curiae* brief in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction. Plaintiffs do not oppose this relief; Defendants consent.

    1.    *Amicus* the Hon. Eric J. Soskin was nominated by President Trump, and confirmed by the United States Senate, to be the 7th Inspector General (IG) of the United States Department of Transportation (DOT) beginning on January 11, 2021. Prior to serving in that role, from 2006 to 2020, IG Soskin held civil service positions in the Department of Justice, including "Trial Attorney," "Senior Counsel," "Senior Trial Counsel," and "Counsel to the Assistant Attorney General." IG Soskin's legal specialties while at DOJ included constitutional law, administrative law, and national security law, and he represented Presidents of both parties, Cabinet officials, and Executive Branch and Legislative Branch agencies in litigation in federal district court. As a longtime practicing constitutional lawyer, IG Soskin takes a particular interest in the proper interpretation of the United States Constitution, especially the separation of powers prescribed in

1

the Constitution's text.  IG Soskin considers it his mission to uphold the constitutional imperative that principal officers be democratically accountable and subordinate to the head of the Executive Branch, the President.

2. Like Plaintiffs, IG Soskin was removed from office on January 24, 2025, as part of President Trump's nearly across-the-board removal of then-serving presidentially appointed Inspectors General.  Unlike the Plaintiffs, however, IG Soskin acknowledges that the President of the United States has the authority to remove and replace with an appointee of his choosing *any* principal officer of the Executive Branch at any time.

3. "An *amicus* brief should normally be allowed … when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008).  An *amicus* brief is especially desirable in this case because IG Soskin's perspective uniquely combines respect for the Constitution's structure with the greatest respect for the dedicated, objective work being carried out by auditors, investigators, inspectors, and evaluators at OIGs throughout the federal government, particularly those at DOT Office of the Inspector General.

4. The Hon. Eric J. Soskin accordingly requests leave to file an *amicus* brief in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction.  The proposed brief is attached, as is a proposed order granting this motion.

Dated: February 21, 2025                              Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER (DC Bar # 1011329)
NICHOLAS CORDOVA (DC Bar # 90026063)
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
202-706-5488

tmccotter@boydengray.com

Daniel Z. Epstein
America First Legal Foundation
611 Pennsylvania Ave. SE #231
Washington, DC 20003
202.964.3721
daniel.epstein@aflegal.org

Jeffrey S. Beelaert (D.C. Bar # 995354)
Givens Pursley LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701
208-388-1218
jbeelaert@givenspursley.com

3

**CERTIFICATE OF SERVICE**

I certify that on February 21, 2025, the foregoing was filed electronically with the Court's electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Respectfully submitted,

*/s/ R. Trent McCotter*
R. Trent McCotter
