**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT P. STORCH, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> PETE HEGSETH, *et al.*, <br><br> *Defendants*. | Case No. 1:25-cv-00415 <br><br> Judge Ana C. Reyes |

**[PROPOSED] ORDER**

This matter came before the Court on the Hon. Eric J. Soskin's Motion for Leave to File an *Amicus Curiae* Brief in Support of Defendants. The Court, having reviewed the motion, hereby:

ORDERS that the Hon. Eric J. Soskin's Motion for Leave to File an *Amicus Curiae* Brief is hereby GRANTED.

DATED this ___ day of February 2025.

_____
Hon. Ana C. Reyes
United States District Judge