IN THE UNITED STATES DISTRICT COURT
OR THE DISTRICT OF COLUMBIA

ROBERT P. STORCH; MICHAEL J. MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE;

                Plaintiffs,

      v.

PETE HEGSETH, *in his official capacity as Secretary of Defense*; DOUGLAS A. COLLINS, *in his official capacity as Secretary of Veterans Affairs*; ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of Health and Human Services*; MARCO RUBIO, *in his official capacity as Secretary of State*; LINDA MCMAHON, *in her official capacity as Secretary of Education*; BROOKE ROLLINS, *in her official capacity as Secretary of Agriculture*; VINCENT MICONE, *in his official capacity as Acting Secretary of Labor*; KELLY LOEFFLER, *in her official capacity as Administrator of the Small Business Administration*; DONALD J. TRUMP, *in his official capacity as President of the United States*;

                Defendants.

Civil Case No. 1:25-cv-00415-ACR

**NOTICE REGARDING PRELIMINARY INJUNCTION REPLY BRIEF**

    It has been called to plaintiffs' attention that in our reply, we cited 5 U.S.C. §403(b) without again including a footnote, like that in our opening motion (at 1 n.2), explaining that portions of the Inspectors General Act have not yet been codified in that section. As defendants agree (Opp.4-5), those portions nonetheless are part of, and have the same force as, the rest of the plain statutory text, according to both statute and binding judicial precedent. *See* 1 U.S.C. §112; *U.S. National Bank of Oregon v. Independent Insurance Agents of America, Inc.*, 508 U.S. 439, 440 (1993); *Cheney Railroad Co. v. Railroad Retirement Board*, 50 F.3d 1071, 1076 (D.C. Cir. 1995).

    Accordingly, the effective statutory text is as both we and the government render it in our submissions. *See* Mot.10, Opp.4-5, Reply Br.3-4. Given the footnote in our opening motion and

the similar footnote in defendants' opposition, we did not feel repetition of the technical codification point was necessary in our reply. But to avoid any possible confusion, we call it again to the Court's attention.

Respectfully submitted,

*/s/ Seth P. Waxman*

Seth P. Waxman (D.C. Bar No. 257337)
David W. Ogden (D.C. Bar No. 375951)
Daniel Volchok (D.C. Bar No. 497341)
Jamie Yood (D.C. Bar No. 1033919)[†]
Hillary Chutter-Ames (D.D.C. Bar ID D00652)
Ann E. Himes (D.C. Bar No. 1767647)[†]
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Ave N.W.
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com
david.ogden@wilmerhale.com
daniel.volchok@wilmerhale.com
jamie.yood@wilmerhale.com
hillary.chutter-ames@wilmerhale.com
annie.himes@wilmerhale.com

Nicholas Werle (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
nick.werle@wilmerhale.com

[†] *Court admission pending*