# IN THE UNITED STATES
# FOR THE DISTRICT OF COLUMBIA

ROBERT P. STORCH, et al.,

    *Plaintiffs*,

v.

PETE HEGSETH, in his official capacity as Secretary of Defense, et. a.,
    *Defendants*.

Civil Action No. 1:25-cv-415

Judge Ana C. Reyes

## Motion for *Leave to File* Notice

Due to an error, the following attached document, *Unopposed Motion of Kwame Gyamfi for Leave to File Amicus Curiae Brief in Support of Defendants*, was originally filed in the Clerk's office on March 26, 2025 along with the *amicus* brief, Certificate of Service and Proposed Order. However, it appears that the *Unopposed Motion…* was not submitted to the court for review. Now, attached to this **Notice** is the original stamped *Unopposed Motion* for the court's review.

Respectfully submitted,                                              Dated: April 14, 2025

Kwame Gyamfi
P.O. Box 1613
Bowie, MD 20717
kwamegyamfi@me.com
(301)541-7337

RECEIVED
APR 14 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

ROBERT P. STORCH, et al.,

    *Plaintiffs*,

v.

PETE HEGSETH, in his official capacity
as Secretary of Defense, et. a.,
    *Defendants*.

Civil Action No. 1:25-cv-415

Judge Ana C. Reyes

## PROPOSED ORDER FOR *LEAVE TO FILE* NOTICE

This matter came before the Court on KWAME GYAMFI's Motion for Leave to File Notice. The Court, having reviewed the motion, hereby:

ORDERS that the KWAME GYAMFI's Motion for Leave to File Notice is hereby GRANTED.

Respectfully submitted,

Dated: April 14, 2025

*/s/ Kwame Gyamfi*

Kwame Gyamfi
P.O. Box 1613
Bowie, MD 20717
kwamegyamfi@me.com
(301)541-7337