IN THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH, et al., | |
| *Plaintiffs*, | Civil Action No. 1:25-cv-415 |
| v. | Judge Ana C. Reyes |
| PETE HEGSETH, in his official capacity as Secretary of Defense, et. a., *Defendants*. | |

## UNOPPOSED MOTION OF KWAME GYAMFI FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF DEFENDANTS

Kwame Gyamfi, pursuant to Local Rule 7(o), respectfully requests leave of this Court to file an amicus curiae brief in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction. Plaintiffs do not oppose this request, and Defendants consent to the filing.

As grounds for this Motion, the Amici state as follows:

1. *Amici curiae* is a senior software engineer with over 20 years of experience supporting legacy financial systems for various federal agencies, including NASA, the GSA Office of Inspector General, the Department of State, the Department of the Interior, the Department of Labor, and the Department of Defense. As an engineer supporting various federal agencies, Amici possesses unique insight and perspective that this Honorable Court should consider in its decision regarding the motion for a preliminary injunction.

2. Upon review of the Securing Inspector General Independence Act of 2022 (SIGIA), specifically concerning the "substantive rationale" requirement for case-by-case review, Amici believes that this provision imposes an onerous burden on defendants. Compliance

with this provision is potentially impossible without access to Inspector General (IG) case management systems or the testimony of active or former IG employees who have come forward as whistleblowers. Furthermore, this legal requirement presumes that IG case files are declassified and publicly accessible, which may conflict with privacy rights.

3. "An *amicus* brief should normally be allowed ... when the *amicus* has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008). An amicus brief from the perspective of former employees and engineers who manage federal government resources is uniquely qualified to address specific case-by-case reviews based on real-world experience.

4. *Amici*, Kwame Gyamfi, requests leave to file an amicus curiae brief in support of Defendants' opposition to Plaintiffs' motion for a preliminary injunction. A proposed brief is attached, as is a proposed order granting this motion.

Respectfully submitted,                    Dated: March 26, 2025

*[signature]*

Kwame Gyamfi
P.O. Box 1613
Bowie, MD 20717
kwamegyamfi@me.com
(301)541-7337

# IN THE UNITED STATES
# FOR THE DISTRICT OF COLUMBIA

ROBERT P. STORCH, et al.,

    *Plaintiffs*,

v.

PETE HEGSETH, in his official capacity as Secretary of Defense, et. a.,
    *Defendants*.

Civil Action No. 1:25-cv-415

Judge Ana C. Reyes

## PROPOSED ORDER

This matter came before the Court on KWAME GYAMFI's Motion for Leave to File an *Amicus Curiae* Brief in Support of Defendants. The Court, having reviewed the motion, hereby:

ORDERS that the KWAME GYAMFI's Motion for Leave to File an *Amicus Curiae* Brief is hereby GRANTED.

Respectfully submitted,

Dated: March 26, 2025

Kwame Gyamfi
P.O. Box 1613
Bowie, MD 20717
kwamegyamfi@me.com
(301)541-7337

# IN THE UNITED STATES
## FOR THE DISTRICT OF COLUMBIA

ROBERT P. STORCH, et al.,

    *Plaintiffs*,

v.

PETE HEGSETH, in his official capacity as Secretary of Defense, et. a.,
    *Defendants*.

Civil Action No. 1:25-cv-415

Judge Ana C. Reyes

## CERTIFICATE OF SERVICE

I certify that on April 14, 2025, I filed this document with the Cler of the Court. This Court's CM/ECF system, will send a notice of docketing activity to all parties registered through the CM/ECF system.

Respectfully submitted,

Dated: April 14, 2025

*/s/ Kwame Gyamfi*

Kwame Gyamfi
P.O. Box 1613
Bowie, MD 20717
kwamegyamfi@me.com
(301)541-7337