IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH; MICHAEL MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE;<br><br>*Plaintiffs,*<br><br>v.<br><br>PETE HEGSETH, *in his official capacity as Secretary of Defense*; DOUGLAS A. COLLINS, *in his official capacity as Secretary of Veterans Affairs*; ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of Health and Human Services*; MARCO RUBIO, *in his official capacity as Secretary of State*; LINDA MCMAHON, *in her official capacity as* Secretary *of Education*; BROOKE ROLLINS, *in her official capacity as Secretary of Agriculture*; LORI CHAVEZ-DEREMER, *in her official capacity as Secretary of Labor*; KELLY LOEFFLER, *in her official capacity as Administrator of the Small Business Administration*; DONALD J. TRUMP, *in his official capacity as President of the United States*;<br><br>*Defendants.* | No. 1:25-cv-00415-ACR |

**PLAINTIFFS' NOTICE OF RECENT DEVELOPMENTS**

Plaintiffs write to advise the Court of factual developments that occurred after briefing concluded in this case and (with one exception) after the oral argument.

On March 24, 2025, President Trump announced that he was nominating Thomas Bell to serve as inspector general of defendant U.S. Department of Health and Human Services, a position lawfully occupied by plaintiff Christi A. Grimm. *See* PN55-7 — Thomas Bell — Department of

Health and Human Services, Congress (Mar. 24, 2025).[1] A week later, President Trump announced that he was nominating Anthony D'Esposito to serve as inspector general of defendant U.S. Department of Labor, a position lawfully occupied by plaintiff Larry D. Turner. *See Nominations Sent to the Senate*, The White House (Apr. 1, 2025).[2] A month later, President Trump announced that he was nominating William Kirk to serve as inspector general of defendant U.S. Small Business Administration, a position lawfully occupied by plaintiff Hannibal "Mike" Ware. *See* PN141-24 — William Kirk — Small Business Administration, Congress (May 6, 2025).[3] And that same day, President Trump announced that he was nominating Cheryl Mason to serve as inspector general of defendant U.S. Department of Veteran Affairs, a position lawfully occupied by plaintiff Michael Missal. *See* PN141-30 — Cheryl Mason — Department of Veteran Affairs, Congress (May 6, 2025).[4] The Senate has not yet acted on any of these nominations.

To date, no plaintiff has received any communication from President Trump or anyone in his administration regarding his or her purported removal since the email each received on January 24, 2025, *see, e.g.*, Dkt. 1 ¶72. Nor are plaintiffs aware that President Trump has communicated anything to Congress about their service as inspectors general, let alone any notice of their removal from office or a substantive, case-specific reason for their purported terminations. *See* 5 U.S.C. §403(b).

---

[1] https://www.congress.gov/nomination/119th-congress/55/7.

[2] https://www.whitehouse.gov/presidential-actions/2025/04/nominations-sent-to-the-senate-8f2a.

[3] https://www.congress.gov/nomination/119th-congress/141/25.

[4] https://www.congress.gov/nomination/119th-congress/141/30.

May 9, 2025                                      Respectfully submitted,

/s/ Seth P. Waxman

Seth P. Waxman (D.C. Bar No. 257337)
David W. Ogden (D.C. Bar No. 375951)
Daniel Volchok (D.C. Bar No. 497341)
Jamie Yood (D.C. Bar No. 1033919)
Hillary Chutter-Ames (D.D.C. Bar ID D00652)
Ann E. Himes (D.C. Bar No. 1767647)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Ave N.W.
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com
david.ogden@wilmerhale.com
daniel.volchok@wilmerhale.com
jamie.yood@wilmerhale.com
hillary.chutter-ames@wilmerhale.com
annie.himes@wilmerhale.com

Nicholas Werle*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
nick.werle@wilmerhale.com

*admitted pro hac vice*

*Attorneys for Plaintiffs*