IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH; MICHAEL MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE;<br><br>     *Plaintiffs,*<br><br>    v.<br><br>PETE HEGSETH, *in his official capacity as Secretary of Defense*; DOUGLAS A. COLLINS, *in his official capacity as Secretary of Veterans Affairs*; ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of Health and Human Services*; MARCO RUBIO, *in his official capacity as Secretary of State*; LINDA MCMAHON, *in her official capacity as* Secretary *of Education*; BROOKE ROLLINS, *in her official capacity as Secretary of Agriculture*; LORI CHAVEZ-DEREMER, *in her official capacity as Secretary of Labor*; KELLY LOEFFLER, *in her official capacity as Administrator of the Small Business Administration*; DONALD J. TRUMP, *in his official capacity as President of the United States*;<br><br>     *Defendants.* | No. 1:25-cv-00415-ACR |

**PLAINTIFFS' NOTICE OF RECENT DEVELOPMENTS**

  Plaintiffs write to advise the Court of recent factual developments relevant to this case. Plaintiffs previously informed the Court that President Trump had nominated Cheryl Mason to serve as inspector general of defendant U.S. Department of Veterans Affairs, a position lawfully occupied by plaintiff Michael Missal. ECF.47. On June 4, the Committee on Veterans' Affairs held a hearing on Ms. Mason's nomination. On June 11, the Committee voted along party lines to

advance the nomination and referred it to the Committee on Homeland Security and Government Affairs for 20 calendar days.  *See* PN141-30 — Cheryl Mason — Department of Veterans Affairs, Congress (June 11, 2025).[1]  If there is a favorable vote by that second committee, or if the 20-day period expires without the committee reporting the nomination, the nomination will be placed on the Executive Calendar for a hearing and confirmation vote before the full Senate.  *See Unanimous Consent Agreement—Nominations to Office of Inspector General*, 155 Cong. Rec. S175 (daily ed. Jan. 7, 2009) (statement of Sen. Harry Reid).

Additionally, on or around June 2, President Trump announced that he was nominating Platte Moring to serve as inspector general of defendant U.S. Department of Defense, a position lawfully occupied by plaintiff Robert Storch.  *See* PN246-11 — Platte Moring — Department of Defense, Congress (June 2, 2025).[2]  And on June 18, the Committee on Health, Education, Labor, and Pensions held a hearing on the nomination of Anthony D'Esposito to serve as inspector general of defendant U.S. Department of Labor, a position lawfully occupied by plaintiff Larry D. Turner.  *See* PN60-8 — Anthony D'Esposito — Department of Labor (June 18, 2025).[3]

These developments underscore the urgency of this litigation—which seeks to vindicate the institutional interests of both Congress and the Offices of Inspector General—and in particular the need for a prompt ruling, which plaintiffs respectfully request, on the parties' pending dispositive motions.

---

[1] https://www.congress.gov/nomination/119th-congress/141/30.

[2] https://www.congress.gov/nomination/119th-congress/246/11.

[3] https://www.congress.gov/nomination/119th-congress/60/8.

June 26, 2025                             Respectfully submitted,

                                          */s/ Seth P. Waxman*
                                          _____

                                          Seth P. Waxman (D.C. Bar No. 257337)
                                          David W. Ogden (D.C. Bar No. 375951)
                                          Daniel Volchok (D.C. Bar No. 497341)
                                          Jamie Yood (D.C. Bar No. 1033919)
                                          Hillary Chutter-Ames (D.D.C. Bar ID D00652)
                                          Ann E. Himes (D.C. Bar No. 1767647)
                                          WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                          2100 Pennsylvania Ave N.W.
                                          Washington, D.C. 20037
                                          (202) 663-6000
                                          seth.waxman@wilmerhale.com
                                          david.ogden@wilmerhale.com
                                          daniel.volchok@wilmerhale.com
                                          jamie.yood@wilmerhale.com
                                          hillary.chutter-ames@wilmerhale.com
                                          annie.himes@wilmerhale.com

                                          Nicholas Werle*
                                          WILMER CUTLER PICKERING
                                              HALE AND DORR LLP
                                          7 World Trade Center
                                          250 Greenwich Street
                                          New York, New York 10007
                                          (212) 230-8800
                                          nick.werle@wilmerhale.com

                                          *\* admitted pro hac vice*

                                          *Attorneys for Plaintiffs*