UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| STORCH, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>HEGSETH, in his official capacity as Secretary of Defense, *et al.*,<br><br>    Defendants. | Case No. 1:25-cv-00415-ACR |

**NOTICE OF WITHDRAWAL**

  Pursuant to Local Rule 83.6, Whitney D. Hermandorfer, Director of Strategic Litigation, Office of the Tennessee Attorney General and Reporter, notices her withdrawal as counsel for amicus curiae the State of Tennessee in the above-captioned matter and requests that she be terminated from the electronic docket. Ms. Hermandorfer is departing her position at the Office of the Tennessee Attorney General effective July 15, 2025 and will no longer be associated with this case.

  To effectuate notice to the State of Tennessee, Ms. Hermandorfer orally notified the Solicitor General of Tennessee of her withdrawal; the State of Tennessee consents. The State of Tennessee will continue to be represented by Joseph Fiorile.

[Remainder of page intentionally left blank]

DATED: July 15, 2025                    Respectfully submitted,

**JONATHAN SKRMETTI**
Attorney General and Reporter

<u>/s/     *Whitney D. Hermandorfer*     </u>
Whitney D. Hermandorfer
Director of Strategic Litigation
*Counsel for the State of Tennessee*

<u>/s/     *J. Matthew Rice*     </u>
J. Matthew Rice
Solicitor General

Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3491
Whitney.hermandorfer@ag.tn.gov
Matt.rice@ag.tn.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                                                    */s/   Whitney D. Hermandorfer*
                                                    Whitney D. Hermandorfer
                                                    Director of Strategic Litigation
                                                    Office of the Tennessee Attorney General
                                                    P.O. Box 20207
                                                    Nashville, Tennessee 37202
                                                    (615) 741-3491
                                                    Whitney.hermandorfer@ag.tn.gov

                                                    *Counsel for the State of Tennessee*