IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT P. STORCH, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 1:25-cv-415-ACR |
| ) | |
| **PETER B. HEGSETH, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rule 83.6(b), Joseph Fiorile, Honors Fellow of the Strategic Litigation Unit, Office of the Tennessee Attorney General and Reporter, notices his withdrawal as counsel for amicus curiae State of Tennessee in the above-captioned matter and requests that he be terminated from the electronic docket. Mr. Fiorile is departing from his position at the Office of the Tennessee Attorney General effective August 1, 2025, and will no longer be associated with this case. The State of Tennessee will continue to be represented by Harrison Kilgore.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

<u>/s/ Joseph M. Fiorile</u>
JOSEPH M. FIORILE
TN Bar #040519
Honors Fellow
Office of the Attorney General
Strategic Litigation Unit
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 741-7404
Fax: (615) 741-3334
Joseph.Fiorile@ag.tn.gov

*Counsel for the State of Tennessee*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on July 24, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

                /s/ Joseph M. Fiorile
                JOSEPH M. FIORILE
                Honors Fellow
                Office of the Attorney General
                Strategic Litigation Unit
                P.O. Box 20207
                Nashville, Tennessee 37202-0207
                Phone: (615) 741-7404
                Fax: (615) 741-3334
                Joseph.Fiorile@ag.tn.gov

                *Counsel for the State of Tennessee*