IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH; MICHAEL MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE;<br><br>      *Plaintiffs,*<br><br>   v.<br><br>PETE HEGSETH, *in his official capacity as Secretary of Defense*; DOUGLAS A. COLLINS, *in his official capacity as Secretary of Veterans Affairs*; ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of Health and Human Services*; MARCO RUBIO, *in his official capacity as Secretary of State*; LINDA MCMAHON, *in her official capacity as Secretary of Education*; BROOKE ROLLINS, *in her official capacity as Secretary of Agriculture*; LORI CHAVEZ-DEREMER, *in her official capacity as Secretary of Labor*; KELLY LOEFFLER, *in her official capacity as Administrator of the Small Business Administration*; DONALD J. TRUMP, *in his official capacity as President of the United States*;<br><br>      *Defendants.* | No. 1:25-cv-00415-ACR |

## PLAINTIFFS' NOTICE OF RECENT DEVELOPMENTS

Plaintiffs write to advise the Court of recent factual developments relevant to this case. Plaintiffs previously informed the Court that President Trump had nominated Cheryl Mason to serve as Inspector General of defendant U.S. Department of Veterans Affairs, ECF.47, and that the Committee on Veterans' Affairs had voted to advance her nomination, ECF.48. On July 31, 2025, the Senate confirmed Ms. Mason as the Inspector General of the U.S. Department of

Veterans Affairs.  If that confirmation vote is lawfully valid, Ms. Mason succeeds plaintiff Michael Missal, who served in that role with great distinction for over eight years across three administrations of both political parties.  Compl. ¶17.  Although President Trump has announced nominees for several other Inspector General positions, *see* ECF.48, as of today no other nominee has been confirmed as Inspector General at the defendant Departments of Defense, Health and Human Services, State, Education, Agriculture, Labor, and the Small Business Administration, and the lawfully confirmed Inspectors General—plaintiffs here—remain in office but are denied the ability to do the jobs they were duly appointed to perform.

Plaintiffs do not concede that Ms. Mason's confirmation is legally valid, given defendants' non-compliance with the clear requirements of the Inspector General Act.  But plaintiffs recognize that Ms. Mason's confirmation complicates the request for injunctive relief with respect to the U.S. Department of Veterans Affairs, as compared to the posture that existed in February when plaintiffs filed this lawsuit and requested expedited relief.  With respect to the other plaintiffs and defendant agencies, the issues affecting the availability of injunctive relief remain as they were at the time of filing.

Accordingly, plaintiffs respectfully request that this Court rule expeditiously on the pending dispositive motions related to plaintiffs' claims for declaratory and injunctive relief—one way or the other—before circumstances change as they have for the U.S. Department of Veterans Affairs.  Plaintiffs submit that their claims for injunctive relief are meritorious.  But even if this Court denies plaintiffs' claims on equitable or other grounds, a ruling one way or the other on their claims for declaratory relief would allow plaintiffs or defendants to consider and pursue their appellate rights in the posture in which this case was originally filed with respect to the other seven agencies.

August 1, 2025

Respectfully submitted,

*/s/ Seth P. Waxman*

Seth P. Waxman (D.C. Bar No. 257337)
David W. Ogden (D.C. Bar No. 375951)
Daniel Volchok (D.C. Bar No. 497341)
Jamie Yood (D.C. Bar No. 1033919)
Hillary Chutter-Ames (D.D.C. Bar ID D00652)
Ann E. Himes (D.C. Bar No. 1767647)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Ave N.W.
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com
david.ogden@wilmerhale.com
daniel.volchok@wilmerhale.com
jamie.yood@wilmerhale.com
hillary.chutter-ames@wilmerhale.com
annie.himes@wilmerhale.com

Nicholas Werle*
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
nick.werle@wilmerhale.com

*\* admitted pro hac vice*

*Attorneys for Plaintiffs*