# IN THE UNITED STATES
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH, et al., | |
| *Plaintiffs*, | Civil Action No. 1:25-cv-415 |
| v. | Judge Ana C. Reyes |
| PETE HEGSETH, in his official capacity as Secretary of Defense, et. a., | |
| *Defendants*. | |

## MOTION FOR LEAVE TO FILE A STATUS & MOTION TO COMPEL ENFORCEMENT OF WHISLEBLOWER PROTECTIONS &REMEDIES FOR FEDERAL CONTRACTORS

Now comes, Kwame Gyamfi ("hereafter referred to as *whistleblower*") who previously sought leave to file an *amicus curiae* brief in this matter and whose motion is currently held in abeyance by this Honorable Court, hereby moves, as a Petitioner, for leave to file a status update concerning critical developments impacting the whistleblower protections afforded under federal law, and further moves to compel the enforcement of those protections.

### I. OVERVIEW OF ISSUES PRESENTED

1. **Jurisdiction under 41 U.S.C. § 4712:** This motion first establishes the Court's jurisdiction over the instant whistleblower issue pursuant to Title 41 U.S.C. § 4712(a)(2)(F), which expressly authorizes judicial intervention in matters involving whistleblower protections for federal contractors. Mr. Gyamfi asserts that the emergent circumstances warrant direct engagement by this Court to safeguard statutory rights.

2. **Enforcement of 41 U.S.C. § 4712(a)(1) ("Prohibition of Reprisals"):** This motion seeks to compel the immediate enforcement of Section 4712(a)(1), which unequivocally prohibits reprisals against federal contractors for protected whistleblower disclosures.

RECEIVED

SEP 0 8 2025

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Recent events, detailed herein, demonstrate a clear and present threat to Mr. Gyamfi's status as a whistleblower, necessitating prompt judicial action to prevent irreparable harm.

3. **Exhaustion of Administrative and Congressional Remedies:** This motion will demonstrate that Mr. Gyamfi has diligently pursued, and has now exhausted, available administrative and congressional remedies concerning the reprisal actions and the underlying whistleblower disclosures. Evidence supporting the exhaustion of these avenues will be provided, underscoring the necessity of this Court's intervention to ensure the efficacy of federal whistleblower protections.

## II. SUPPORTING MEMORANDUM AND EVIDENCE

This Motion is supported by the accompanying **Memorandum in Support of Motion for Leave to File a Status and Motion to Compel the Enforcement of Whistleblower Protections for Federal Contractors**, which provides a detailed factual background, legal arguments, and supporting exhibits.

**WHEREFORE**, O. Kwame Gyamfi respectfully requests that this Honorable Court grant leave to file this Motion for Status Update and Motion to Compel Enforcement, and further requests such other and further relief as the Court deems just and proper.

Respectfully submitted,                             Dated: September 8, 2025

*/s/ O. Kwame Gyamfi*

Kwame Gyamfi,
P.O. Box 1613,
Bowie, MD 20716
kwamegyamfi@me.com