# IN THE UNITED STATES
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH, et al., | |
| *Plaintiffs*, | Civil Action No. 1:25-cv-415 |
| v. | Judge Ana C. Reyes |
| PETE HEGSETH, in his official capacity as Secretary of Defense, et. a., | |
| *Defendants*. | |

### PROPOSED ORDER FOR Motion for *LEAVE TO FILE* STATUS

This matter came before the Court on KWAME GYAMFI's Motion for Leave to File Notice. The Court, having reviewed the motion, hereby:

ORDERS that the KWAME GYAMFI's Motion for Leave to File Notice is hereby GRANTED.

Respectfully submitted,                                     Dated: September 8, 2025

*[signature]*

Kwame Gyamfi
P.O. Box 1613
Bowie, MD 20717
kwamegyamfi@me.com
(301)541-7337