# IN THE UNITED STATES
# FOR THE DISTRICT OF COLUMBIA

ROBERT P. STORCH, et al.,

    *Plaintiffs*,

v.

PETE HEGSETH, in his official capacity as Secretary of Defense, et. a.,
    *Defendants*.

Civil Action No. 1:25-cv-415

Judge Ana C. Reyes

## CERTIFICATE OF SERVICE

I certify that on September 8, 2025, I filed this document with the Clerk of the Court. This Court's CM/ECF system, will send a notice of docketing activity to all parties registered through the CM/ECF system.

Respectfully submitted,

Dated: September 8, 2025

Kwame Gyamfi
P.O. Box 1613
Bowie, MD 20717
kwamegyamfi@me.com
(301)541-7337