IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH; MICHAEL MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE;<br><br>*Plaintiffs,*<br><br>v.<br><br>PETE HEGSETH, *in his official capacity as* Secretary of Defense; DOUGLAS A. COLLINS, *in his official capacity as* Secretary of Veterans Affairs; ROBERT F. KENNEDY, JR., *in his official capacity as* Secretary of Health and Human Services; MARCO RUBIO, *in his official capacity as* Secretary of State; LINDA MCMAHON, *in her official capacity as* Secretary of Education; BROOKE ROLLINS, *in her official capacity as Secretary of Agriculture*; LORI CHAVEZ-DEREMER, *in her official capacity as Secretary of Labor*; KELLY LOEFFLER, *in her official capacity as Administrator of the Small Business Administration*; DONALD J. TRUMP, *in his official capacity as President of the United States*;<br><br>*Defendants.* | No. 1:25-cv-00415-ACR |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6(b) of the Rules of the United States District Court for the District of Columbia, David W. Ogden hereby withdraws his appearance as counsel for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by Seth P. Waxman, Daniel Volchok, Jamie Yood, Ann E. Himes, and Nicholas Werle, who have entered appearances in this matter.

| | |
|---|---|
| December 18, 2025 | Respectfully submitted,<br><br>/s/ David W. Ogden<br>_____<br><br>Seth P. Waxman (D.C. Bar No. 257337)<br>David W. Ogden (D.C. Bar No. 375951)<br>Daniel Volchok (D.C. Bar No. 497341)<br>Jamie Yood (D.C. Bar No. 1033919)<br>Hillary Chutter-Ames (D.D.C. Bar ID D00652)<br>Ann E. Himes (D.C. Bar No. 1767647)<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>2100 Pennsylvania Ave N.W.<br>Washington, D.C. 20037<br>(202) 663-6000<br>seth.waxman@wilmerhale.com<br>david.ogden@wilmerhale.com<br>daniel.volchok@wilmerhale.com<br>jamie.yood@wilmerhale.com<br>hillary.chutter-ames@wilmerhale.com<br>annie.himes@wilmerhale.com<br><br>Nicholas Werle*<br>WILMER CUTLER PICKERING<br>   HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, New York 10007<br>(212) 230-8800<br>nick.werle@wilmerhale.com<br><br>*admitted pro hac vice*<br><br>*Attorneys for Plaintiffs* |