## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT P. STORCH; MICHAEL MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE; <br><br> *Plaintiffs,* <br><br> *v.* <br><br> PETE HEGSETH, *in his official capacity as Secretary of Defense*; DOUGLAS A. COLLINS, *in his official capacity as Secretary of Veterans Affairs*; ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of Health and Human Services*; MARCO RUBIO, *in his official capacity as Secretary of State*; LINDA MCMAHON, *in her official capacity as* Secretary *of Education*; BROOKE ROLLINS, *in her official capacity as Secretary of Agriculture*; LORI CHAVEZ-DEREMER, *in her official capacity as Secretary of Labor*; KELLY LOEFFLER, *in her official capacity as Administrator of the Small Business Administration*; DONALD J. TRUMP, *in his official capacity as President of the United States*; <br><br> *Defendants.* | No. 1:25-cv-00415-ACR |

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

Pursuant to Local Civil Rule 83.6(b) of the Rules of the United States District Court for the District of Columbia, Hillary Chutter-Ames hereby withdraws her appearance as counsel for Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by Seth P. Waxman, Daniel Volchok, Jamie Yood, Ann E. Himes, and Nicholas Werle, who have entered appearances in this matter.

December 18, 2025

Respectfully submitted,

*/s/ Hillary Chutter-Ames*

Seth P. Waxman (D.C. Bar No. 257337)
David W. Ogden (D.C. Bar No. 375951)
Daniel Volchok (D.C. Bar No. 497341)
Jamie Yood (D.C. Bar No. 1033919)
Hillary Chutter-Ames (D.D.C. Bar ID D00652)
Ann E. Himes (D.C. Bar No. 1767647)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Ave N.W.
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com
david.ogden@wilmerhale.com
daniel.volchok@wilmerhale.com
jamie.yood@wilmerhale.com
hillary.chutter-ames@wilmerhale.com
annie.himes@wilmerhale.com

Nicholas Werle*
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
nick.werle@wilmerhale.com

*\* admitted pro hac vice*

*Attorneys for Plaintiffs*