**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT P. STORCH; MICHAEL MISSAL; CHRISTI A. GRIMM; CARDELL K. RICHARDSON, SR.; SANDRA D. BRUCE; PHYLLIS K. FONG; LARRY D. TURNER; HANNIBAL "MIKE" WARE;<br><br>*Plaintiffs*,<br><br>v.<br><br>PETE HEGSETH, *in his official capacity as Secretary of Defense*; DOUGLAS A. COLLINS, *in his official capacity as Secretary of Veterans Affairs*; ROBERT F. KENNEDY, JR., *in his official capacity as Secretary of Health and Human Services*; MARCO RUBIO, *in his official capacity as Secretary of State*; LINDA MCMAHON, *in her official capacity as* Secretary *of Education*; BROOKE ROLLINS, *in her official capacity as Secretary of Agriculture*; KEITH SONDERLING, *in her official capacity as Acting Secretary of Labor*; KELLY LOEFFLER, *in her official capacity as Administrator of the Small Business Administration*; DONALD J. TRUMP, *in his official capacity as President of the United States*;<br><br>*Defendants*. | No. 1:25-cv-00415-ACR |

**JOINT STATUS REPORT**

Pursuant to the Court's order of September 24, 2025 (Dkt.54), the parties jointly submit this status report. Plaintiffs intend to continue pursuing their claims for a declaratory judgment and back pay, and accordingly intend to move for summary judgment. Defendants intend to cross-move for summary judgment. The parties have met and conferred regarding a proposed briefing schedule, and offer the following proposals.

**Plaintiffs' Proposal:**

| Filing | Deadline |
| --- | --- |
| Each side's summary-judgment motion | August 17, 2026 |
| Each side's opposition | September 28, 2026 |
| Each side's reply | October 26, 2026 |

**Defendants' Proposal:**

| Filing | Deadline |
| --- | --- |
| Plaintiffs' summary-judgment motion | August 17, 2026 |
| Defendants' summary-judgment cross-motion / opposition to Plaintiffs' motion | September 28, 2026 |
| Plaintiffs' reply / opposition to Defendants' cross-motion | October 26, 2026 |
| Defendants' reply in support of cross-motion | November 16, 2026 |


July 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Director
Federal Programs Branch

*/s/ Jeremy S.B. Newman*
Jeremy S.B. Newman
Chief Litigation Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W.
Washington, D.C. 20005
(202) 532-3114
jeremy.s.newman@usdoj.gov

*Attorney for Defendants*

*/s/ Seth P. Waxman*
Seth P. Waxman (D.C. Bar No. 257337)
Daniel S. Volchok (D.C. Bar No. 497341)
Jamie Yood (D.C. Bar No. 1033919)
Ann E. Himes (D.C. Bar No. 1767647)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Ave N.W.
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
jamie.yood@wilmerhale.com
annie.himes@wilmerhale.com

Nicholas Werle*
WILMER CUTLER PICKERING
   HALE AND DORR LLP

7 World Trade Center
250 Greenwich Street
New York, N.Y. 10007
(212) 230-8800
nick.werle@wilmerhale.com

*\* admitted pro hac vice*

*Attorneys for Plaintiffs*