**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ROBERT P. STORCH, *et al.*,

Plaintiffs,

v.

PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,

Defendants.

Civil Case No. 1:25-cv-00415-ACR

ORAL ARGUMENT REQUESTED

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7, plaintiffs Robert P. Storch, Michael J. Missal, Christi A. Grimm, Cardell K. Richardson, Sr., Sandra D. Bruce, Phyllis K. Fong, Larry D. Turner, and Hannibal "Mike" Ware move for summary judgment on all counts of their complaint, Dkt.1.

Plaintiffs respectfully request a declaratory judgment that the purported removals of plaintiffs from their offices as Inspectors General have each violated 5 U.S.C. §403(b) and thus are legally ineffective. Plaintiffs also respectfully request an order stating that:

1) Each plaintiff is entitled to the salary and benefits of the office of Inspector General from which he or she was purportedly removed, at the rates fixed by law, for the period beginning on the date of the purported removal and ending on the date his or her tenure in that office lawfully ended, less any offsets required by law; and

2) Defendants the Secretary of Defense, the Secretary of Veterans Affairs, the Secretary of Health and Human Services, the Secretary of State, the Secretary of Education, the Secretary of Agriculture, the Secretary of Labor, and the Administrator of the Small Business Administration, in their official capacities, and their successors in office, shall

each pay that compensation to the plaintiff who served as Inspector General of his or her department or agency.

The grounds for this motion are set forth in the attached memorandum of law, statement of undisputed material facts, and supporting declarations and exhibits.

October 30, 2026

Respectfully submitted,

*/s/ Seth P. Waxman*

Seth P. Waxman (D.C. Bar No. 257337)
Daniel S. Volchok (D.C. Bar No. 497341)
Jamie Yood (D.C. Bar No. 1033919)
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
jamie.yood@wilmerhale.com

Nicholas Werle*
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800
nick.werle@wilmerhale.com

* *Pro hac vice granted*