**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT P. STORCH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PETE HEGSETH, in his official capacity as Secretary of Defense, *et al.*,<br><br>Defendants. | Civil Case No. 1:25-cv-00415-ACR |

**[PROPOSED] ORDER GRANTING**
**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

UPON CONSIDERATION OF plaintiffs' motion for summary judgment and its accompanying documents, and arguments in support and in opposition, it is hereby ORDERED that:

The motion is GRANTED. The purported removals of plaintiffs Robert P. Storch, Michael J. Missal, Christi A. Grimm, Cardell K. Richardson, Sr., Sandra D. Bruce, Phyllis K. Fong, Larry D. Turner, and Hannibal "Mike" Ware from their offices as Inspectors General are hereby DECLARED to have each violated 5 U.S.C. §403(b) and therefore are legally ineffective; and

It is further ORDERED that each plaintiff is entitled to the salary and benefits of the office of Inspector General from which he or she was purportedly removed, at the rates fixed by law, for the period beginning on the date of the purported removal and ending on the date his or her tenure in that office lawfully ended, less any offsets required by law; and

It is further ORDERED that defendants the Secretary of Defense, the Secretary of Veterans Affairs, the Secretary of Health and Human Services, the Secretary of State, the Secretary of Education, the Secretary of Agriculture, the Secretary of Labor, and the Administrator of the Small Business Administration, in their official capacities, and their successors in office, shall each pay

the plaintiff who served as Inspector General of his or her department or agency the salary and benefits of that office withheld as a result of the purported removal, subject to any offsets required by law.

IT IS SO ORDERED.

Dated: ___________________________

___________________________
Honorable Ana C. Reyes
United States District Judge

**NAMES AND ADDRESSES OF ATTORNEYS ENTITLED TO BE NOTIFIED OF THE ENTRY OF THIS ORDER**

Counsel for Plaintiffs

Seth P. Waxman
Daniel S. Volchok
Jamie Yood
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
seth.waxman@wilmerhale.com
daniel.volchok@wilmerhale.com
jamie.yood@wilmerhale.com

Nicholas Werle
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, New York 10007
nick.werle@wilmerhale.com

Counsel for Defendants

Jeremy S.B. Newman
Chief Litigation Counsel
Christopher R. Hall
Assistant Director, Federal Programs Branch
Brett A. Shumate
Assistant Attorney General, Civil Division
United States Department of Justice
1100 L Street N.W.
Washington, D.C. 20005
jeremy.s.newman@usdoj.gov