**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT P. STORCH, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>PETE HEGSETH, *in his official capacity as Secretary of Defense*, *et al.*,<br>Defendants. | Civil Case No. 1:25-cv-00415-ACR |

**SECOND DECLARATION OF PHYLLIS K. FONG**

I, Phyllis K. Fong, declare as follows:

1. On December 2, 2002, I was sworn in as the Inspector General of the United States Department of Agriculture. I was nominated to the position by President George W. Bush and confirmed by the Senate by unanimous consent. I served in this position for over 22 years across the presidential administrations of George W. Bush, Barack Obama, Donald Trump, and Joe Biden. Based on my experience, I have personal knowledge of the facts set forth below and am competent to testify to these facts if required.

2. In my previous declaration submitted in this matter, I described my tenure as Inspector General of the Department of Agriculture.

3. On January 24, 2025, at 7:37 p.m., I received an email from Sergio Gor, the Director of the Office of Presidential Personnel, with the subject line: “White House Notification.” The email stated:

> Dear Phyllis,
>
> On behalf of President Donald J. Trump, I am writing to inform you that due to changing priorities your position as Inspector General of the United States Department of Agriculture is terminated, effective immediately.

Thank you for your service.

4. I have not received any direct communication from President Trump regarding my purported removal.

5. Shortly after receiving the Gor email, I contacted Mike Ware and Tammy Hull, the Chair and Vice-Chair of the Council of the Inspectors General on Integrity and Efficiency ("CIGIE"). Later that night, Mike Ware issued a letter to the White House on behalf of CIGIE explaining that the purported removals of the Inspectors General were not effective.

6. Because I believed (and believe) that my removal was unlawful and thus ineffective, I continued to work after receiving the email from Mr. Gor. On Monday, January 27, 2025, I went to my office at the headquarters of the Department of Agriculture and held several meetings. But around 1:45 p.m., I was called by the Office of the Inspector General's ("OIG") Chief Information Officer who informed me that my access to technology systems was to be cut off by 2:00 p.m. that day, at the direction of then-Acting Secretary of Agriculture Gary Washington.

7. OIG staff then took possession of my computer and cell phone. I was subsequently informed that my personal identity verification card was being deactivated and that I would no longer have access to the building. I therefore completed the meeting I was in and left the building around 5:30 p.m.

8. I made arrangements with OIG personnel to bring the remaining personal items in my office to my house, and for them to pick up government equipment from my house and return it to the Department of Agriculture. This was completed on February 11, 2025.

9. At the time of my purported termination, I was overseeing hundreds of ongoing OIG audits, investigations, inspections, and other matters with wide-ranging impact. I was committed

to fulfilling the duties of the Inspector General, and the actions of those acting pursuant to the direction of then-Acting Secretary of Agriculture Washington and, later, Secretary of Agriculture Brooke Rollins, prevented me from performing the duties assigned to me by law.

10. My salary as Inspector General of the Department of Agriculture as of January 24, 2025, the date of my purported removal, was $173,452 per annum. I have not been permitted to work in my capacity as the Inspector General of the Department of Agriculture since leaving my office on January 27, 2025, and my last paycheck in that role covered the period through January 25, 2025. I have received no salary or benefits as Inspector General of the Department of Agriculture since that date.

11. Although I continued to believe that my removal was improper and ineffective (as, again, I still do), it eventually became apparent to me that it would be many months before I would resume my role as Inspector General for the Department of Agriculture, if ever. I formally retired, effective January 24, 2025.

I declare under penalty of perjury that the foregoing is true.

Dated: October 28, 2026

Phyllis K. Fong