**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT P. STORCH, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>PETE HEGSETH, *in his official capacity as Secretary of Defense*, *et al.*,<br>Defendants. | Civil Case No. 1:25-cv-00415-ACR |

**SECOND DECLARATION OF CHRISTI A. GRIMM**

I, Christi A. Grimm, declare as follows:

1. I was nominated as the Inspector General of the United States Department of Health and Human Services ("HHS") by President Biden on June 18, 2021, and confirmed by unanimous consent of the Senate on February 17, 2022. Based on my experience, I have personal knowledge of the facts set forth below and am competent to testify to these facts if required.

2. In my previous declaration submitted in this matter, I described my tenure as Inspector General of the Department of Health and Human Services.

3. Due to the high volume of emails I received as Inspector General, my email was monitored by staff members. Early on January 25, 2025, my executive officer called me as I was driving. She said that I had received an email and sounded somber, prompting me to ask if I should pull over, which I did. While I was on the shoulder of the road, she read me an email purporting to remove me from office. The email stated:

> Dear Christi,
>
> On behalf of President Donald J. Trump, I am writing to inform you that due to changing priorities your position as Inspector General of the United States Department of Health and Human Services is terminated, effective immediately.
>
> Thank you for your service.

4. Later that day, I sent an email to the HHS Office of Inspector General indicating that President Trump had purported to terminate me, effective immediately. I met with my deputies for investigation, audit, evaluation, legal services, and management and policy to let them know what happened and to thank them for their work and partnership over the years. I later handed over my personal identity verification ("PIV") card, computer, and mobile phone to my assistant, who I understand provided the equipment to the Office of Management and Policy.

5. The following Monday, January 27, I was told by my Deputy for Management and Policy, Rob Owens, that the HHS Deputy Chief of Staff, Scott Rowell, had demanded that my computer access be turned off. I understand that my PIV card access was also terminated that day. I did not attempt to access my office or otherwise carry out my duties as Inspector General.

6. I have not been permitted to work in my capacity as Inspector General of the Department of Health and Human Services since receiving notice of the termination email.

7. At the time of my purported removal, there were hundreds of ongoing audits and evaluations, as well as over 2,000 investigations underway. The actions of those acting under the direction of then-Acting Health and Human Services Secretary Dorothy Fink and, later, Health and Human Services Secretary Robert Kennedy prevented me from

performing the duties assigned to me by law, including those related to audits, investigations, and other critical functions of my office. I was committed to fulfilling my duties as Inspector General, and those operating under Secretary Kennedy's authority prevented me from doing so.

8. My salary as Inspector General of the Department of Health and Human Services as of January 24, 2025, the date of my purported removal, was $196,643 per annum. My last paycheck in that role covered the period through January 25, 2025. I have received no salary or benefits as Inspector General of the Department of Health and Human Services since that date.

9. Although I continued to believe that my removal was improper and ineffective (as I still do), it eventually became apparent to me that it would be many months before I would resume my role as HHS Inspector General, if ever. I accordingly began to look for new employment.

10. On September 2, 2025, I joined the accounting and advisory firm BDO USA as a Managing Director in the firm's healthcare forensics practice, with a focus on healthcare compliance.

I declare under penalty of perjury that the foregoing is true.

Dated: October 30, 2026

Christi A. Grimm